918

No. 11–1353. GOLDINGS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 11–1354. DEE v. MAINE. Sup. Jud. Ct. Me. Certiorari denied. 

No. 11–1360. CLARK v. UTAH. Ct. App. Utah. Certiorari denied. 

No. 11–1372. HOOK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. 

No. 11–7711. PENDLETON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 11–8334. MYERS v. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 11–8335. PIERRE ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied. 

No. 11–8474. BOYD v. JACKSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–8648. FERGUSON v. AVELO MORTGAGE, LLC. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 11–8978. MOORE ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 11–9056. FERGUSON v. AVELO MORTGAGE, LLC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–9259. ROSE v. MICHIGAN. Ct. App. Mich. Certiorari denied. 

No. 11–9263. SWEET v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 11–9330. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 11–9357. SMITH v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.